**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 15 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35198 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-97-00065-JKS |
| v. | District of Alaska, Anchorage |
| HURIST JOUBERT, | ORDER |
| Defendant - Appellant. | |

RECEIVED
MAR 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before:    KOZINSKI and McKEOWN, Circuit Judges.

The stay of this case is lifted because the Supreme Court has filed its decision in *Burton v. Stewart*, 127 S. Ct. 793 (U.S. January 9, 2007) (No. 05-9222).

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions are denied.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 15 2007

by
Deputy Clerk